UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24616-CIV-WILLIAMS

ANA FRANCES BORGE, *et al.*,

    Plaintiffs,

vs.

PRIMOS CONVENIENCE, LLC, *et al.*,

    Defendants.
_____/

### ORDER RE-OPENING CASE

**THIS MATTER** is before the Court *sua sponte* upon review of the record. On April 4, 2016, the Court entered an order dismissing Defendants Fidel Othman and Primos Supermarket Corp. without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (DE 31). The Court also mistakenly ordered the Clerk of the Court to close this case. Accordingly, the Clerk of the Court is **ORDERED** to **RE-OPEN** the case. Plaintiffs' claims are proceeding against Defendants Primos Convenience, LLC, Petrona Garcia, Grocery Primos, Inc., Naser Othman, Super Primos, Inc., and Ahmad Othman.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 5th day of April, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE