UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24616-CIV-SIMONTON

ANA FRANCES BORGE, et al.,

    Plaintiffs,

v.

PRIMOS CONVENIENCE, LLC,
et al.,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court following a settlement conference held on April 7, 2016. Pursuant to the consent of the Parties, the Honorable Kathleen M. Williams, United States District Judge, has referred this matter to the undersigned Magistrate Judge to take all necessary and proper action, including trial by jury and entry of final judgment, ECF Nos. [16] [35].

This action involves claims brought by Plaintiffs Ana Frances Borge and Lucy Martinez against the Defendants for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"), ECF No. [1].

On April 7, 2016, pursuant to an order of reference from the District Judge, the undersigned held a settlement conference on the matter. At that conference, the Parties reached a settlement and announced on the record all the material terms of that settlement. Thereafter, the Parties made an ore tenus motion requesting that the Court approve the settlement agreement and dismiss the case. Pursuant to that request, the undersigned immediately held a fairness hearing on the settlement and reviewed the terms of the settlement agreement executed by the Parties.

In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id*. at 1354.

As stated at the settlement fairness hearing, the undersigned has considered the terms of the written settlement agreement, as well as the pertinent portions of the record, and is otherwise fully advised in the premises. Based thereon, as orally ruled at the fairness hearing, the undersigned finds that the settlement reached by the Parties is a fair and reasonable resolution of the Parties' bona fide dispute.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Settlement Agreement is APPROVED, and the Court retains jurisdiction to enforce the Agreement through June 13, 2016. It is further

ORDERED AND ADJUDGED that this action is DISMISSED with prejudice, subject to the Court retaining jurisdiction as set forth above, and the case is hereby CLOSED.

DONE AND ORDERED in chambers at Miami, Florida, on April 11, 2016.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies provided via CM/ECF to:
All counsel of record